Lorona, Steiner,
Ducar & Horowitz, Ltd.
3003 North Central Avenue, Suite 1800
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478

**Jess A. Lorona, #009186**
**Gregory E. McClure, #022587**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| **Glen R. Scotti**, | Case No. CV09-1264-PHX-MGM |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF GLEN SCOTTI'S RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSIONS** |
| vs. | |
| **City of Phoenix**, **et al**., | |
| Defendants. | [Assigned to the Honorable Mary H. Murguia] |

In accordance with Local Rule of the United States District Court of Arizona 5.2, notice is hereby given that on September 8, 2010; Plaintiff GLEN SCOTTI hand delivered his Responses to Defendants' Requests for Admissions to Defendants at the following address:

> Michele M. Iafrate, Esq.
> Courtney R. Cloman, Esq.
> Iafrate & Associates
> 649 North Second Avenue
> Phoenix, AZ 85003
> Attorneys for Defendants

/ / /

1

**DATED** this 8th day of September, 2010.

                                                **LORONA STEINER DUCAR, LTD.**

/s/ Jess A. Lorona
Jess A. Lorona, Esq. (No. 009186)
Gregory E. McClure (No. 022587)
3003 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478
Attorneys for Plaintiff

    I hereby certify that on September 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michele M. Iafrate, Esq.
Courtney R. Cloman, Esq.
Iafrate & Associates
649 North Second Avenue
Phoenix, AZ 85003
Attorneys for Defendants


*/s/ Denise Phillips*

2